M. P. No. 78-294. ARAM K. BERBERIAN *et al. v.* STATE BOARD OF ELECTIONS. Petitioners having failed to comply with the provisions of Supreme Court Rule 13, the petition for writ of certiorari is denied. *Aram K. Berberian,* for petitioners.

M. P. No. 78-302. TOTAL COMMUNICATIONS SYSTEMS, INC. *v.* MAILING MACHINES, INC. The petition for writ of certiorari is denied. *McOsker, Isserlis & Davignon, Gerald P. McOsker,* for plaintiff-respondent. *Hanson, Curran & Parks, David P. Whitman,* for defendant-petitioner.

M. P. No. 78-326. CAROLYN F. BRASSIL *et al. v.* STATE BOARD OF ELECTIONS. Appellants have filed a notice of appeal from a decision of the Board of Elections. However, there is no right of appeal from a decision of that board. Accordingly this appeal is dismissed without prejudice to the right of appellants to file a petition for writ of certiorari. *Charles J. Rogers, Jr.,* for appellants.